1

2

3

# JS-6

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  ALLYSON ALLCOTT and MICHELE PAYLOR, individually and on behalf of all others similarly situated, | Case No. 8:19-cv-01744-JVS (ADSx) |
| 11 | [Orange County Superior Court Case No. 30-2019-01088761-CU-MC-CXC] |
| 12 | |
| Plaintiffs, | **CLASS ACTION** |
| 13  v. | **ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| 14  C.B. FLEET COMPANY, INC., a Virginia corporation and PRESTIGE CONSUMER HEALTHCARE, INC., a Delaware corporation; and DOES 1-10, inclusive, | |
| 15 | |
| 16 | District Judge James V. Selna Courtroom 10C, Santa Ana Magistrate Judge Autumn D. Spaeth Courtroom 6B, Santa Ana |
| 17  Defendants. | |
| 18 | |
| 19 | Complaint Filed:   August 7, 2019 Removed:          September 13, 2019 Trial Date:        February 9, 2021 |
| 20 | |

21

22

23

24

25

26

27

28

1  Having considered the parties' Stipulation of Voluntary Dismissal With
2  Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) it is hereby ORDERED:
3  Plaintiffs Allyson Allcott and Michele Paylor's above action is dismissed
4  with prejudice, with each party to bear its own costs.
5  **IT IS SO ORDERED.**
6
7
8  Dated: April 16, 2020                          _____
9                                                 HON. JAMES V. SELNA
                                                   UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 16, 2020.

*s/ Timothy G. Blood*

TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

00163488
[PROPOSED] ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL